UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD MICHAEL VINCENT,

    Plaintiff,

v.                                       CASE NO. 8:16-cv-1721-T-26TGW

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of Plaintiff's submissions, together with the procedural history of this case, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Vacate (Dkt. 18) is denied. See United States v. Wiles, 723 F. App'x 968 (11th Cir. 2018) (unpublished); United States v. Washington, 2018 WL 2128993 (M.D. Fla. 2018).

**DONE AND ORDERED** at Tampa, Florida, on August 3, 2018.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, *pro se*